UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

FREDRICK L. SCOTT,

    Plaintiff,

v.                                                      Case No.  5:12-cv-107-Oc-10TBS

SHORES PAWN & JEWELRY, LLC,

    Defendant.
_____/

ORDER

    Pending before the Court is Defendant's Unopposed Motion to Set Aside Clerk's Default and Motion for Leave to File an Answer and Affirmative Defenses to Plaintiff's Complaint Incorporated Memorandum of Law (sic) (Doc. 7).  Pursuant to M.D. FLA. R. 3.01(g), counsel for the Defendant represents that Plaintiff's counsel has been contacted and she has no objection to the relief requested in the motion.  Upon due consideration, the Defendant's motion is GRANTED as follows:

    (1) The Clerk's Entry of Default (Doc. 6) is VACATED; and

    (2) The Defendant has five days from the rendition of this Order within to FILE AND SERVE its answer and affirmative defenses to Plaintiff's complaint.

    IT IS SO ORDERED.

    DONE AND ORDERED in Ocala, Florida, on May 2, 2012.

THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel